UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br>   v.<br><br>JEFFREY JOSEPH BRANHAM,<br><br>                  Defendant. | CASE NO. 2:23-cr-00100-LK<br><br>ORDER GRANTING MOTION TO TRAVEL |

      This matter comes before the Court on Defendant Jeffrey Branham's Motion to Permit Travel by Defendant. Dkt. No. 32. Mr. Branham seeks permission to travel from this District to San Pablo, California in the Northern District of California from February 29 to March 4, 2024 to attend a birthday celebration for his significant other's grandmother. *Id.* at 1.[1] Although the motion and proposed order are not explicit on this point, Mr. Branham also seeks to deviate from his curfew for the duration of the trip. Dkt. No. 32 at 2 (explaining that the Pretrial Services Officer

---

[1] Mr. Branham requested "immediate consideration" of his February 26, 2024 motion, *id.*, but should have filed the motion "sufficiently in advance of" his planned February 29, 2024 travel "to allow the court to rule on the motion prior to the" travel, CrR 12(b)(10).

ORDER GRANTING MOTION TO TRAVEL - 1

who supervises Mr. Branham with respect to the location monitoring program "has no objection to the proposed travel . . . but indicated that he does not have the authority to approve the deviation from curfew for the duration" of the trip); *see also* Dkt. No. 18 at 1 (appearance bond requiring Mr. Branham to "comply with a curfew as directed by the location monitoring specialist"). Neither the Government nor the probation office opposes the motion. Dkt. No. 32 at 2.

Having reviewed Mr. Branham's motion and the balance of the record, the Court GRANTS the motion to travel and deviate from his curfew. Dkt. No. 32. Mr. Branham may travel to the Northern District of California on February 29, 2024 for the purpose of attending a birthday celebration for his significant other's grandmother, and must return to the Western District of Washington by March 4, 2024. Mr. Branham must provide Pretrial Services with the address where he will be staying while in California and, other than the curfew, he must abide by all other release conditions while traveling.

Dated this 28th day of February, 2024.

Lauren King
United States District Judge