The Hon. Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY JOSEPH BRANHAM,<br><br>Defendant,<br><br>and<br><br>RICHARD SANDERS,<br><br>Third-Party Claimant. | NO. CR23-100-LK<br><br>**STIPULATION AND [PROPOSED] ORDER SETTLING THIRD-PARTY CLAIM**<br><br>NOTE ON MOTION CALENDAR:<br>June 25, 2025 |

The United States and Third-Party Claimant Richard Sanders present the following Stipulation and proposed Order to settle Mr. Sanders' asserted interest in a Kimber 9mm pistol, bearing serial number K001085, including any associated magazines (the "Kimber Pistol"), that was forfeited by Defendant Jeffrey Joseph Branham in this case.

## I.   BACKGROUND

Defendant agreed to forfeit the Kimber Pistol pursuant the plea he entered on November 4, 2024. Dkt. No. 49. Prior to Defendant's sentencing, the Court entered a Preliminary Order of Forfeiture forfeiting the Kimber Pistol. Dkt. No. 53.

Stipulation and [Proposed] Order - 1
*United States v. Branham,* CR23-100-LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

As required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, the United States published notice of the Preliminary Order of Forfeiture and of its intent to dispose of the preliminarily forfeited property, including the Kimber Pistol, in accordance with governing law. *See* Dkt. No. 54. That notice informed any third parties claiming an interest in the property that they were required to file a petition with the Court within 60 days of the date of the notice's first publication on December 22, 2024. *Id.*

Mr. Sanders filed a timely claim to the Kimber Pistol in which he asserted he was its rightful owner. Dkt. No. 65.

No competing claims to the Kimber Pistol have been file, and the period for doing so expired on or about February 20, 2025, for the published notice, and March 23, 2025, for direct notice.

## II.    STIPULATION

The United States and Mr. Sanders HEREBY STIPULATE to the following:

1. In support of his Claim, Mr. Sanders assets that he is the rightful owner of the Kimber Pistol. Mr. Sanders provided documentation showing that he purchased the firearm from Loan & Sport Inc., in Bothell, Washington, on March 1, 2015. Mr. Sanders asserts that the Kimber Pistol was stolen from his car in approximately June of 2023.

2. The information provided by Mr. Sanders is consistent with the information contained in investigative materials prepared by the King County Sheriff's Office, confirming that in 2023, Mr. Sanders had reported the theft of the Kimber Pistol to the Seattle Police Department, under case number 23-64286.

3. Mr. Sanders does not know Defendant or how Defendant acquired the Kimber Pistol.

4. The Federal Bureau of Investigation has confirmed that Mr. Sanders has no identifiable criminal history precluding him from possession a firearm at this time.

Stipulation and [Proposed] Order - 2
*United States v. Branham,* CR23-100-LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

5. Mr. Sanders affirms that neither he nor any person living in his residence is prohibited from possessing a firearm.

6. Based on the information and affirmations reflected in Paragraphs 1–4, above, the United States agrees that Mr. Sanders had a vested interest in the Kimber Pistol, pursuant to 21 U.S.C. § 853(n)(6)(A), before Defendant possessed it.

7. The United States recognizes Mr. Sanders' vested interest in the Kimber Pistol and agrees to return it to Mr. Sanders following the criminal proceedings in this case, to include any criminal appeal. The seizing agency, FBI, will affect the return of the Kimber Pistol to Mr. Sanders.

8. Mr. Sanders understands the Kimber Pistol constitutes evidence in this case and cannot be returned prior to the completion of these criminal proceedings, to include any criminal appeal.

9. Mr. Sanders understands and agrees the Kimber Pistol will be returned to him in its current condition, as it was seized from Defendant in this case.

10. Mr. Sanders understands and agrees that this Stipulation fully and finally resolves his claim to the Kimber Pistol. Mr. Sanders waives any right to further litigate or pursue his claim, in this or any other proceeding, judicial or administrative.

11. Upon return of the Kimber Pistol, Mr. Sanders agrees to release and hold harmless the United States, its agents, representatives, and/or employees, as well as any involved state or local law enforcement agencies, their agents, representatives, and/or employees, from any and all claims Mr. Sanders may possess, or that could arise, based on the seizure, detention, and return of the Kimber Pistol.

12. The United States and Mr. Sanders agree they will each bear their own costs and attorneys' fees associated with the seizure, detention, and return of the Kimber Pistol, as well as with Mr. Sanders' claim and this Stipulation.

13. The United States and Mr. Sanders agree that the terms of this Stipulation are subject to review and approval by the Court, as provided in the proposed Order

Stipulation and [Proposed] Order - 3
*United States v. Branham,* CR23-100-LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

below. If the Court enters the proposed Order, a violation of any term or condition of this Stipulation shall be construed to be a violation of that Order.

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

DATED: June 24, 2025

  *s/Karyn S. Johnson*
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: 206-553-2462
Fax: 206-553-6934
Karyn.S.Johnson@usdoj.gov

DATED: _____, 2025

_____
RICHARD SANDERS*
Third-Party Claimant
Lake Stevens, WA
*Signed by AUSA Johnson on behalf of Richard Sanders per email authorization on
_____

Stipulation and [~~Proposed~~] Order - 4
*United States v. Branham,* CR23-100-LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | below. If the Court enters the proposed Order, a violation of any term or condition of this |
| 2 | Stipulation shall be construed to be a violation of that Order. |

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

DATED: _____, 2025

KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: 206-553-2462
Fax: 206-553-6934
Karyn.S.Johnson@usdoj.gov

DATED: 6-19, 2025

*Richard Sanders*
RICHARD SANDERS*
Third-Party Claimant
Lake Stevens, WA
*Signed by AUSA Johnson on behalf of
Richard Sanders per email authorization on
_____

Stipulation and [Proposed] Order - 4
United States v. Branham, CR23-100-LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**[~~PROPOSED~~] ORDER**

The Court has reviewed the above Stipulation between the United States and Third-Party Claimant Richard Sanders, settling the interest Mr. Sanders has asserted in the Kimber Pistol, Dkt. No. 65, that was forfeited by Defendant Jeffrey Joseph Branham in this case, Dkt. No. 53.

The Court HEREBY APPROVES the Stipulation and Settlement and its terms.

IT IS SO ORDERED.

DATED this __25th__ day of ____June____, 2025.

*[signature: Lauren King]*

THE HON. LAUREN KING
UNITED STATES DISTRICT JUDGE

Stipulation and [~~Proposed~~] Order - 5
*United States v. Branham,* CR23-100-LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2025, I electronically filed the foregoing Stipulation and Proposed Order Settling Third-Party Claim to Firearm with the Clerk of the Court using the CM/ECF system, which sends notice of the filing to all ECF participants of record.

I hereby further certify that on June 25, 2025, I served the foregoing Notice on the following parties who are not participating in ECF, at the addresses listed below, by U.S. First Class Mail and/or by electronic mail, as indicated:

Richard Sanders

Lake Stevens, WA 98258

@gmail.com

*s/Hannah G. Williams*
HANNAH G. WILLIAMS
FSA Supervisory Paralegal, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Fax: (206) 553-6934
Hannah.Williams2@usdoj.gov

Stipulation and [Proposed] Order - 6
*United States v. Branham,* CR23-100-LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970